Judge Dolly M. Gee

**SCHEDULE OF PRETRIAL & TRIAL DATES WORKSHEET**

Case No. 8:24-cv-00736-DMG-ADS     Case Name: Twist It Up, Inc. vs. Annie International, Inc. et. al.

| MATTER | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE | TIME |
|---|---|---|
| **TRIAL**  [ ] Court  [x] Jury<br>Duration Estimate: 5 days | P 11/04/25   D 7/29/25<br>(Tuesday)[3] | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE ("FPTC")**<br>4 wks before trial | P 10/07//25   D 07/01/25<br>(Tuesday) | 2:00 p.m. |

| MATTER | TIME COMPUTATION | JOINT REQUESTED DATE or PLNTF/DEFT REQUESTED DATE |
|---|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (includes hearing of motions to amend) | 90 days after scheduling conf | 10/18/24 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 14 wks before FPTC | P 07/01/25  D 03/25/25 |
| Motion Cut-Off   (filing deadline) | at least 13 wks before FPTC | P 07/08/25  D 04/01/25 |
| Initial Expert Disclosure & Report Deadline | at least 9 wks before FPTC | P 08/05/25  D 04/29/25 |
| Rebuttal Expert Disclosure & Report Deadline | at least 5 wks before FPTC | P 09/02/25  D 05/27/25 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | at least 3 wks before FPTC | P 09/14/25  D 06/10/25 |
| Settlement Conference Completion Date | at least 4 wks before FPTC | P 09/07/25 D 06/03/25 |
| Motions in Limine Filing Deadline | at least 3 wks before FPTC | P 09/14/25  D 06/10/25 |
| Opposition to Motion in Limine Filing Deadline | at least 2 wks before FPTC | P 09/21/25  D 06/17/25 |
| Other Dates: (e.g., class cert motion cut-off, early mediation, etc.) | Initial Disclosures | 07/31/24 |

**EXHIBIT A**

---

[3]Trials commence on Tuesdays.  Final pretrial conferences are held on Tuesdays.