Judge Dolly M. Gee
**SCHEDULE OF PRETRIAL & TRIAL DATES (JURY TRIAL)**

Case No.: SA CV 24-736-DMG (ADSx)   Title: Twist It Up, Inc. v. Annie International, Inc.

| MATTER | COURT ORDERED DATE | TIME |
|---|---|---|
| **TRIAL**  [ ] Court  [x] Jury<br>Duration Estimate: 5 days | 9-30-25<br>(Tuesday) | 8:30 a.m. |
| **FINAL PRETRIAL CONFERENCE (FPTC)**<br>4 wks before trial | 9-2-25<br>(Tuesday) | 2:00 p.m. |

| MATTER | COURT ORDERED DATE |
|---|---|
| Amended Pleadings and Addition of Parties Cut-Off (by stip or motion, and includes hearing of motions to amend) | 10-18-24 |
| Non-Expert Discovery Cut-Off (includes hearing of discovery motions) | 5-27-25 |
| Motion Cut-Off (filing deadline)<br>Last hearing date for dispositive motions | 6-6-25<br>7-11-25 |
| Initial Expert Disclosure & Report Deadline | 7-1-25 |
| Rebuttal Expert Disclosure & Report Deadline | 7-29-25 |
| Expert Discovery Cut-Off (includes hearing of discovery motions) | 8-12-25 |
| Settlement Conference Completion Date | 8-5-25 |
| Joint Status Report re Settlement | 8-12-25 |
| Motions in Limine Filing Deadline | 8-12-25 |
| Opposition to Motion in Limine Filing Deadline | 8-19-25 |
| Proposed Pretrial Conference Order | 8-12-25 |
| Contentions of Fact/Law | 8-12-25 |
| Pretrial Exhibit Stipulation | 8-12-25 |
| Joint Exhibit List | 8-12-25 |
| Witness Lists & Joint Trial Witness Time Estimate Form | 8-12-25 |
| Agreed Statement of the Case | 8-12-25 |
| Proposed Voir Dire Questions | 8-12-25 |
| Joint Statement of Jury Instructions & Joint Statement of Disputed Instructions | 8-12-25 |
| Verdict Forms | 8-12-25 |