R. Joseph Trojan, CA Bar No. 137,067
trojan@trojanlawoffices.com
Dylan C. Dang, CA Bar No. 223,455
dang@trojanlawoffices.com
Francis Wong, CA Bar No. 284,946
wong@trojanlawoffices.com
TROJAN LAW OFFICES
9250 Wilshire Blvd., Suite 325
Beverly Hills, CA 90212
Telephone: (310) 777-8399
Facsimile: (310) 777-8348

Attorneys for Defendant Annie International Inc.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TWIST IT UP, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ANNIE INTERNATIONAL, INC., a Pennsylvania corporation and DOES 1- 10,<br><br>　　　　　　　　Defendants. | **Case No: 8:24-cv-00736-DMG-ADS**<br><br>**DEFENDANT ANNIE INT'L, INC.'S NOTICE OF MOTION AND MOTION TO STRIKE CORRECTIONS TO PLAINTIFF'S FRCP 30(b)(6) DEPOSITION TRANSCRIPT**<br><br>**Date:** June 27, 2025<br>**Time:** 3:00 p.m.<br>**Place:**<br>Courtroom 8C, 8th Floor<br>350 West 1st Street,<br>Los Angeles, CA, 90012<br><br>**Hon. Dolly M. Gee**<br>**United States District Judge** |

TROJAN LAW OFFICES
BEVERLY HILLS

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that on June 27, 2025 at 3:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 8C of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Defendant Annie International Inc. ("Annie") moves to strike corrections submitted by Plaintiff Twist It Up, Inc. ("Twist") to its FRCP 30(b)(6) deposition transcript.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which occurred on April 30, 2025.  (Declaration of R. Joseph Trojan, ¶ 6.)

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, Declaration of R. Joseph Trojan and exhibits thereto, the pleadings, the complete files and records in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

Respectfully submitted,

TROJAN LAW OFFICES
by

May 23, 2025

/s/ R. Joseph Trojan
R. Joseph Trojan
Attorney for Defendant

-1-